92 So.2d 46

**JOYCE LEEDS JEWELRY CO., Inc.**

v.

**Jesse LAMBETH, d/b/a New Coffee Pot Cafe.**

1 Div. 701.

Supreme Court of Alabama.

Jan. 17, 1957.

Harry Seale, Mobile, for petitioner.

Jas. T. Strickland and Edmond R. Cannon, Jr., Mobile, opposed.

MERRILL, Justice.

Petition of Joyce Leeds Jewelry Company, Inc. for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Joyce Leeds Jewelry Co. v. Lambeth, 92 So.2d 42.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

90 So.2d 927

**Ex parte LOCAL 612, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, Etc., et al.**

6 Div. 93.

Supreme Court of Alabama.

Nov. 1, 1956.

Corretti & Newsom, Birmingham, and Hawkins & Rhea, Gadsden, for petitioner.

Robt. McD. Smith, Birmingham, for respondent.

PER CURIAM.

Writ denied.

---

91 So.2d 700

**Dillard LOWMAN**

v.

**STATE.**

6 Div. 104.

Supreme Court of Alabama.

Dec. 21, 1956.

John Patterson, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for the petition.

Tweedy & Beech, Jasper, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lowman v. State, 91 So.2d 697.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and SPANN, JJ., concur.

90 So.2d 927

**J. A. MILLER, Jr.**

v.

**O. D. WOOD.**

1 Div. 659.

Supreme Court of Alabama.

Aug. 14, 1956.

Granade & Granade, Chatom, for appellant.

Wallace P. Pruitt, Chatom, for appellee.

PER CURIAM.

Appeal dismissed. Rule 12.